64

Argued September 18, affirmed September 18, petition for rehearing denied October 11, petition for review denied December 19, 1972

STATE OF OREGON, *Respondent, v.*
WILLIAM SHOEMAKE (No. C-72-02-0549 Cr),
*Appellant.*

500 P2d 1062

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.